# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                        Case No. 5:08-cr-18-Oc-10GRJ

**LAWRENCE MERCER**

## ORDER

This cause is before the Court on Defendant Mercer's MOTION TO WITHDRAW PLEA AGREEMENT (Doc. No. 18) filed December 5, 2008. The United States Magistrate Judge has submitted a report recommending that the Motion be **GRANTED**, the Report and Recommendation Concerning Guilty Plea (Doc. No. 13) be **VACATED** and the Court Order the transfer of this case back to the United States District Court for the Southern District of Ohio for further disposition.

After an independent *de novo* review of the record in this matter, and the Government's Response to the Report and Recommendation (Doc. No. 25, filed January 8, 2009), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 22, 2008 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Mercer's Motion to Withdraw Plea Agreement (Doc. No. 18) is **GRANTED**.

3. The Report and Recommendation Concerning Guilty Plea (Doc. No. 13) is hereby **VACATED** and this Case is **TRANSFERRED** to the United States District Court for the Southern District of Ohio for further disposition.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____ day of January, 2009.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Pretrial Services
United State Probation Office
U.S. Marshal
Counsel for Defendant
Defendant